UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEZLIE DEBREST,** | ) <br> ) <br> ) **Case No.:  2:19-cv-00868-HB** |
| Plaintiff. | ) |
| v. | ) <br> ) |
| **CREDIT COLLECTION SERVICES,** | ) <br> ) |
| Defendant. | ) <br> ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

| | |
|---|---|
| */s/*Andrew Schwartz | */s/ Jacob U. Ginsburg* |
| Andrew M Schwartz, Esquire | Jacob U. Ginsburg, Esq. |
| Gordon Rees Scully Mansuhani, LLP | Kimmel & Silverman, P.C. |
| Three Logan Square, 1717 Arch Street, Suite 610 | 30 East Butler Pike |
| Philadelphia, PA 19103 | Ambler, PA 19002 |
| amschwartz@grsm.com | Phone: 215-540-8888 |
| Attorney for Defendant | Fax: 215-540-8817 |
| | Email: teamkimmel@creditlaw.com |
| | Attorney for Plaintiff |
| Date: December 6, 2019 | Date: December 6, 2019 |

BY THE COURT:

_____
                                           J.

## **CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon all parties of record via CM/ECF system:

Dated: December 6, 2019                    By: /s/ *Jacob U. Ginsburg*